UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY C. ROWE,

          Petitioner,

   v.

JACK WARNER,

          Respondent.

Case No. C25-5023-DGE-SKV

ORDER OF DISMISSAL

This matter comes before the Court on the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge. (Dkt. No. 7.) The Court having considered the Report and Recommendation and the remaining record *de novo*, and no objections having been filed, does hereby find and order as follows:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Petitioner's petition for writ of habeas corpus is DISMISSED under 28 U.S.C. § 2244(a) for lack of jurisdiction.

(3)     Petitioner is not entitled to a certificate of appealability. *See* 28 U.S.C. § 2253(c).

\\

\\

ORDER OF DISMISSAL - 1

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 22nd day of April, 2025.

                                                 DAVID G. ESTUDILLO
                                                 United States District Judge

ORDER OF DISMISSAL - 2